FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★   APR 10 2006   ★
P.M.
TIME A.M.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, ADDITIONAL SECURITY BENEFIT FUND, VACATION & HOLIDAY FUND, TRADE EDUCATION FUND AND 401(K) SAVINGS PLAN, TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, TRUSTEES OF THE INTERNATIONAL TRAINING FUND and GEORGE W. REILLY, as Business Manager of LOCAL UNION NO. 1 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA,

Plaintiffs,

-against-

WYNNE MANAGEMENT, INC., MICHAEL WYNN and NOVA CASUALTY CO.,

Defendants.

05 Civ. 1685 (CBA)

**DEFAULT JUDGMENT**

The Amended Summons and First Amended Complaint in this action, having been duly served on the above-named Defendants Wynne Management, Inc. and Michael Wynn, and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment.

NOW, on the motion of Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, attorneys for Plaintiffs, it is hereby

ORDERED AND ADJUDGED, that Plaintiffs Trustees of the PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, ADDITIONAL SECURITY BENEFIT FUND, VACATION & HOLIDAY FUND, TRADE EDUCATION FUND AND 401(K) SAVINGS PLAN, TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, TRUSTEES OF THE INTERNATIONAL TRAINING FUND and

GEORGE W. REILLY, as Business Manager of LOCAL UNION NO. 1 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, do recover of WYNNE MANAGEMENT, INC. and MICHAEL WYNN, the Defendants residing at 299 Broadway, Suite 1415, New York, New York 10007, the sum of $7,773.96 consisting of unpaid interest in the sum of $965.26, liquidated damages in the sum of $4,591.11, attorneys' fees in the sum of $1,967.59, and court fees of $250.00, plus interest at the legal rate in effect on the date of this judgment; and that the Plaintiffs have execution therefor.

Judgment dated:
April 5, 2006

By: /s/ Hon. Carol B. Amon